DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re C.N. & J.N.<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 292P07 | Respondent's (Mother) PDR Under<br>N.C.G.S. § 7A-31 (COA07-49) | Denied<br>08/23/07 |
| In re D.S.M.<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 236P07 | Respondent's (Juvenile) PDR Under<br>N.C.G.S. § 7A-31 (COA06-1245) | Denied<br>08/23/07 |
| In re Estate of Rand<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 314P07 | Petitioner's (Melanie Shepard) PDR Under<br>N.C.G.S. § 7A-31 (COA06-868) | Denied<br>08/23/07 |
| In re Mi.T., Kys.T.,<br>Ma.T., & Kye.T.<br><br>Case below:<br>182 N.C. App. 759 | No. 148P07 | Respondent's (Mother) PDR Under<br>N.C.G.S. § 7A-31 (COA06-1214) | Denied<br>08/23/07 |
| In re T.J.D.W. &<br>J.J.W.<br><br>Case below:<br>182 N.C. App. 394 | No. 202A07 | 1. Respondent's (Mother) NOA (Dissent)<br>(COA06-1323)<br><br>2. Respondent's (Mother) PDR as to<br>Additional Issues | 1. ——<br><br>2. Denied<br>08/23/07 |
| In re Will of Turner<br><br>Case below:<br>184 N.C. App. ——<br>(19 June 2007) | No. 360P07 | Propounder's (Marsha Case-Young)<br>PDR Pursuant to N.C.G.S. § 7A-31<br>(COA06-1105) | Denied<br>08/23/07<br><br>**Martin, J.,<br>Recused** |
| Jones v. Harrelson<br>& Smith Contrs.,<br>LLC<br><br>Case below:<br>180 N.C. App. 478 | No. 036A07 | 1. Plt's NOA (Dissent) (COA05-1183)<br><br>2. Plt's PDR as to Additional Issues<br><br>3. Plt's Counsel's Motion to Withdraw | 1. ——<br><br>2. Denied<br>08/23/07<br><br>3. Allowed<br>08/23/07 |
| Kessler v. Shimp<br><br>Case below:<br>181 N.C. App. 753 | No. 207P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-736) | Denied<br>08/23/07 |
| Lovette v. York<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 312P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-1211) | Denied<br>08/23/07 |